

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Specialty Associates of West Houston, PLLC v. Ola Adams, M.D.

Appellate case number:   01-21-00092-CV

Trial court case number:  1158722

Trial court:                     County Civil Court at Law No. 3 of Harris County

Appellee Ola Adams's motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s/ Richard Hightower
                           Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date: September 22, 2022